IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**v.**          **Case No. 4:19-CR-00247 BSM**

**LOYD BURDYSHAW**             **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 2nd day of July, 2020.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE